IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re ARMANDO CRAMER,<br><br>            Plaintiff(s), | No. C 08-5240 VRW (PR)<br><br>ORDER OF DISMISSAL |

       Armando Cramer mailed to the court a document entitled "Complaint to this Honorable Court." On November 19, 2008, the clerk filed the "Complaint" as a new action and assigned it to the undersigned. The clerk also advised Cramer that the action was deficient because Cramer did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Cramer was advised that failure to file the requested items within 30 days would result in dismissal of the action.

       Cramer has responded by explaining that the document he submitted was not intended as a new action, but as a complaint to the court-appointed monitor in Plata v Schwarzenegger, No C 01-1351 TEH (PR). Good cause shown therefor, this action is DISMISSED as improvidently opened.

1  The clerk is directed to close the file and to forward a copy of the
2  "Complaint to this Honorable Court" to the court-appointed monitor in <u>Plata</u>.  No
3  fee is due in this improvidently opened matter.
4      SO ORDERED.

        _____
        VAUGHN R WALKER
        United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Cramer, A1.dismissal.wpd

2